# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.   **SENTENCING MINUTES**

**AIDRISS SAID SAYDI**   Case No. 1:18CR394

---

HONORABLE LIAM O'GRADY presiding  
Proceeding Held: March 15, 2019  
Deputy Clerk: Amanda  

Time Called: 10:47 a.m.  
Time Concluded: 11:03 a.m.  
Court Reporter: N. Linnell  

**Appearances:**

UNITED STATES OF AMERICA by:   Christopher Grieco  
AIDRISS SAYDI in person and by:   Brendan Harold  

INTERPRETER: None   ☐ Interpreter Sworn

---

☒ The parties have no objections to the factual statements in the PSR   ☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant   ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

---

☒ The government presents sentencing argument: Rests on their papers.   ☒ The defendant presents sentencing argument: Requests mand. Min of 17 years  
☒ Defendant exercises right of allocution.   ☒ The court imposes sentence.  
☐ The government dismisses count(s) _____.   ☐ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**  
Offense Level: 37  
Criminal History: II  
Imprisonment Range: Ct. 1: 235-293 months; Ct. 2: 7 yr. mand. consec. sentence  
Supervised Release Range: Cts. 1 and 2 both have 5 years  
Fine Range: As to both Counts 1 and 2: $40,000.00 - $1,000,000.00  
Restitution: NA  
SA: $200.00

**SENTENCE IMPOSED:**

**Imprisonment:**     156    Months as to Count(s)     One     of the Information.
                                  84    Months as to Count(s)     Two     of the Information.

    Imprisonment term for each count to be served ☐ concurrently ☒ consecutively.
    TOTAL TERM OF IMPRISONMENT IMPOSED: 240 months with credit for time served.

**Probation:**                 Years as to Count(s)             of the     .

**Supervised Release:**    Five   Years as to Count(s)    One    of the Information.
                                       Five   Years as to Count(s)    Two    of the Information.

**MONETARY PENALTIES**

**Special Assessment:**   $ 200.00         due immediately

**Fine:**                 $                      ☒ fine waived

**Restitution:**         $ NA              ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with      .
☐ Repayment of Buy Money is **joint and several** with      .

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a facility as close to NoVA as possible.
☒ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other:      .

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after      .

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

**Special Conditions**

| | |
|---|---|
| ☒ Drug Testing – Special Condition | ☐ Home Confinement for _____ days |
| ☐ Drug Testing – Standard Condition | ☐ Home Confinement with Alcohol Testing for _____ days |
| ☐ Drug Testing – Waived | |
| ☐ Monthly Restitution Payment: $ _____ | ☐ Community Correctional Center: _____ days |
| ☐ Monthly Fine Payment: $ _____ | ☐ Residential Re-Entry Center: _____ days |
| ☐ Repay Buy Money – Total: $ _____. | ☐ Cooperate with Bureau of Immigration/Customs |
| ☐ Repay Buy Money: $ _____/month | ☐ Cooperate with IRS |
| ☐ No New Lines of Credit | ☐ Cooperate with Child Support |
| ☐ Financial Disclosure | ☒ Participate in mental health treatment program |
| ☐ Submit to search by USPO | ☐ Participate in sex offender assessment/treatment |
| ☐ No tavern employment or patronization | ☐ Waive confidentiality – sex offender treatment |
| ☐ No employment with fiduciary responsibilities | ☐ No sexually-explicit materials w/minors |
| ☐ No gambling | ☐ No possession/viewing of pornography or erotica |
| ☐ No transfer of assets in excess of $500.00 | ☒ Obtain GED |
| ☐ No possession/use of computer – on-line access | ☐ No contact – unrelated children under 18 |
| ☐ No possession/use of data encryption/erasure | ☐ No contact with victim(s) |
| ☐ Provide computer passwords and logons | ☐ No contact with gang members |
| ☐ Consent to computer searches | ☐ Perform community service: _____ hours |